The People of the State of New York ex rel. Clarence Fleischman, Respondent, *v.* Samuel Caldwell, as Sheriff of the County of Erie, Appellant.

*People ex rel. Fleischman* v. *Caldwell*, 64 App. Div. 46, affirmed.
(Argued November 11, 1901; decided November 22, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 7, 1901, which affirmed an order of the Special Term upon habeas corpus proceedings discharging the relator from the further custody of the defendant.

*John G. Milburn, Lewis E. Carr, Adelbert Moot, William L. Marcy, Charles P. Norton* and *Thomas Penney* for appellant.

*Louis Marshall* and *Tracy C. Becker* for respondent.

Order affirmed, with costs, on opinion in the case of *People ex rel. Tyroler* v. *Warden, etc.* (157 N. Y. 116).

Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Vann and Landon, JJ. Not voting: Haight, J.